DOMENICO BARNAO, Respondent, v. ROSARIA BARNAO, Appellant.   (Appeal No. 2.) — Interlocutory judgment reversed upon the law and the facts and a new trial granted, costs to appellant to abide the event.   The plaintiff failed to establish his case by the weight of the evidence.   Findings of fact and conclusions of law inconsistent herewith are reversed.   Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.   Settle order on notice.

DORA BAUMAN, Appellant, v. BECKIE BAUMAN, Respondent.— Judgment unanimously affirmed, with costs.   No opinion.   Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

HARRY S. BEARD, as Committee of the Estate of WILLIAM H. BEARD, an Incompetent, Appellant, v. TRISTRAM W. METCALFE, Executor, etc., of FORTESCUE O. METCALFE, Deceased, Respondent.— We are of opinion that the incompetent's money constituted a trust fund in the hands of the testator in his lifetime and his executor is legally obligated to account therefor.   The plaintiff's claim is entitled to preference over ordinary creditors (*Matter of Menahan*, 224 App. Div. 139, 143) and the discretion of the learned Special Term in denying to plaintiff the protection of an injunction pending the action was improperly exercised.   The order is, therefore, reversed upon the law and the facts, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs, payable out of the estate. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

MARCUS BISCHOFF, Appellant, v. THE CITY OF NEW YORK and INTERBOROUGH RAPID TRANSIT COMPANY, Respondents.— The decision of the learned trial court that the plaintiff is entitled to nominal damages only is against the weight of the evidence and the judgment is, therefore, reversed upon the law and the facts and a new trial granted, costs to abide the event.   Findings of fact marked 3, 4, 5, 6, 7, 8, 10 and 11, and conclusions of law 1 and 2 are reversed.   Lazansky, P. J,. Rich, Kapper, Hagarty and Scudder, JJ., concur.

EDNA BLUEWEISS, an Infant, by ROSE BLUEWEISS, Her Guardian ad Litem, Respondent, v. KLAPPHOLZ-SCHORNSTEIN BAKING CORPORATION, Appellant.— Judgment unanimously affirmed, with costs.   No opinion.   Present — Lazansky, P. J., Rich, Young, Kapper and Tompkins, JJ.

MILTON BOWER, an Infant, by JOHN S. BOWER, His Guardian ad Litem, Appellant, v. THE NEWARK SHOE PEEKSKILL, N. Y. Co., INC., Respondent, Impleaded with Another, Defendant.— Order modified by adding to the bill of costs retaxed May 10, 1929, the sums of twenty-five dollars, costs before notice of trial, and two dollars for an additional defendant served, making a total of ninety-three dollars and fifty-five cents, as the sum to which plaintiff was entitled upon the decision of this court; █ and as so modified, the order is affirmed, with ten dollars costs and disbursements to appellant.   No opinion.   Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

ANNA F. CAUGHLAN, Respondent, v. LESTER J. CAUGHLAN, Appellant.— Order modified by limiting the award to the counsel fee, and as so modified affirmed, without costs.   No opinion.   Lazansky, P. J., Young, Kapper and Carswell, JJ., concur; Tompkins, J., dissents and votes to reverse.